```
              UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 05 B 44944
    JOYCE M DAVIS
                                                  CHAPTER 13

                                                  JUDGE: BRUCE W BLACK

              Debtor
    SSN XXX-XX-1796


-----------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/06/05 and confirmed on 02/02/06.

    2.  The case was dismissed after confirmation, 11/16/2007.

    3.  The Debtor paid a total of $  16437.30 .

    4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
-----------------------------------------------------------------------------
CITIFINANCIAL MORTGAGE     CURRENT MORTG           .00          .00           .00
CITIFINANCIAL MORTGAGE     MORTGAGE ARRE       9144.61          .00       9144.61
WILL COUNTY TREASURER      SECURED            12942.72          .00       4759.83
WILL COUNTY TREASURER      SECURED                .00          .00           .00
INTERNAL REVENUE SERVICE   PRIORITY         NOT FILED          .00           .00
B LINE LLC                 UNSECURED            846.27          .00           .00
CAPITAL ONE FINANCIAL      UNSECURED         NOT FILED          .00           .00
COLLECTION PROFESSIONALS   UNSECURED           2540.00          .00           .00
FIRST DENTAL               UNSECURED           6608.08          .00           .00
GREAT AMERICAN FINANCE     UNSECURED            189.00          .00           .00
HAWTHORNE CREDIT UNION     UNSECURED         NOT FILED          .00           .00
HOBBY LOBBY                UNSECURED         NOT FILED          .00           .00
HSBC                       NOTICE ONLY       NOT FILED          .00           .00
JEWEL FOOD STORES INC      UNSECURED         NOT FILED          .00           .00
HARVARD COLLECTION SERVI   UNSECURED         NOT FILED          .00           .00
MEDICAL PAYMENT DATA       UNSECURED         NOT FILED          .00           .00
MERCHANTS CREDIT GUIDE     UNSECURED         NOT FILED          .00           .00
MERCHANTS CREDIT GUIDE     UNSECURED         NOT FILED          .00           .00
MERCHANTS CREDIT GUIDE     UNSECURED         NOT FILED          .00           .00
MERCHANTS CREDIT GUIDE     UNSECURED         NOT FILED          .00           .00
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
-----------------------------------------------------------------------------
MERCHANTS CREDIT GUIDE     UNSECURED         NOT FILED          .00           .00
MICHAELS                   UNSECURED         NOT FILED          .00           .00
MCS                        UNSECURED         NOT FILED          .00           .00
NCO FINANCIAL SYSTEMS IN   UNSECURED         NOT FILED          .00           .00
NCO FINANCIAL SYSTEMS IN   UNSECURED         NOT FILED          .00           .00
NCO FINANCIAL SYSTEMS IN   UNSECURED         NOT FILED          .00           .00
ASSET ACCEPTANCE CORP      UNSECURED             90.80          .00           .00
```

```
UNITED COMPUCRED            UNSECURED       NOT FILED              .00           .00
UNITED COMPUCRED            UNSECURED       NOT FILED              .00           .00
JEFFERSON CAPITAL SYSTEM    UNSECURED          625.53              .00           .00
STERLING & KING             UNSECURED       NOT FILED              .00           .00
TCF BANK                    UNSECURED       NOT FILED              .00           .00
WELLS FARGO FINANCIAL AC    UNSECURED         5610.09              .00           .00
STERLING & KING             UNSECURED       NOT FILED              .00           .00
STERLING & KING             UNSECURED       NOT FILED              .00           .00
INTERNAL REVENUE SERVICE    SPECIAL CLASS     1430.11              .00           .00
INTERNAL REVENUE SERVICE    PRIORITY           200.00              .00           .00
         Summary of disbursements:
------------------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED         OTHER         TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  22087.33    200.00     17939.88           .00      40227.21
PRINCIPAL PAID      13904.44       .00          .00           .00      13904.44
INTEREST PAID            .00       .00          .00           .00            .00
TOTAL PAID          13904.44       .00          .00           .00      13904.44
```

The Debtor's attorney, JOHN C DENT                  , was allowed $  2700.00
and was paid $    800.00  direct and $   1900.00  through the plan.

The Trustee received $     632.86 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 02/08/08                  /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 05 B 44944 JOYCE M DAVIS